UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KALEE DEARDORFF,<br><br>         Plaintiff,<br> v.<br><br>BENTLEY PROPERTIES LTD.,<br><br>         Defendant. | No.  3:21-CV-5620-BJR<br><br>ORDER ON STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

  This matter comes before the Court on the parties' stipulated motion to extend the deadline for Plaintiff's motion for class certification.  Dkt. No. 13.  Finding good cause for this request, the Court GRANTS the motion and ORDERS that Plaintiff's deadline for filing a motion for class certification is extended to May 23, 2022.

  Dated:  January 25, 2022

                  _____
                  Barbara Jacobs Rothstein
                  U.S. District Court Judge

ORDER - 1